Hillsborough, }
Dec. 5, 1933. }

JOHN F. LARKIN *v.* JAFFER ALLEY.

*Hurley & Connor*, for the plaintiff.

*Cyprien J. Belanger* and *Banigan & Banigan*, for the defendant.

PER CURIAM. The defendant by his motion sought to set up a defence alleged to have been disclosed by the testimony but not relied upon at the trial. It is well settled under our practice that a verdict cannot be sustained upon grounds not presented at the trial, although deducible from the evidence. *Doyle* v. *MacDonald*, 85 N. H. 545, 547; *Hawes* v. *Chase*, 84 N. H. 170; *Bjork* v. *Company*, 79 N. H. 402, 407; *Gage* v. *Railroad*, 77 N. H. 289, 296 and cases cited. *A fortiori* a verdict cannot be disturbed upon such grounds.

*Judgment on the verdict.*

*Woodbury, J.*, did not sit.